UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY TICEY and CYNTHIA TICEY, | CASE NO. C22-1110 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION and DOES 1-30, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court required the parties to file a joint status report by October 25, 2022. (Order Regarding Initial Disclosures, etc. (Dkt. No. 7).) On October 24, 2022, Plaintiff Troy Ticey, appearing pro se, filed a "Joint Status Report and Early Settlement." (Dkt. No. 8.) The document does not include any statements from Defendants, as Plaintiffs acknowledge. (Dkt. Nos. 8 & 8-1.) The Court finds that this fails to satisfy the Court's Order requiring the filing of a joint status report. (See Dkt. No. 7.) But Plaintiffs have provided an affidavit that service was attempted by

mail on October 21, 2022. (Dkt. No. 8-1.) The Court therefore EXTENDS the existing case deadlines as follows:

Deadline for FRCP 26(f) Conference: 11/11/2022

Initial Disclosures Pursuant to FRCP 26(a)(1): 11/18/2022

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 11/28/2022

The Court warns Plaintiffs that failure to meet these deadlines may lead to dismissal of this matter without prejudice for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed October 26, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2