UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY TICEY and CYNTHIA TICEY, | CASE NO. C22-1110 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION and DOES 1-30, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court previously extended the deadline by which the parties were to file a Joint Status Report. (Dkt. No. 9.) The Court warned Plaintiffs that failure to file the Joint Status Report could lead to dismissal for failure to prosecute. (Id. at 2.) The parties have not filed a Joint Status Report. The Court hereby extends the deadline and ORDERS as follows:

  Deadline for FRCP 26(f) Conference:    12/28/2022

MINUTE ORDER - 1

Initial Disclosures Pursuant to FRCP 26(a)(1):   1/4/2023

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f):   1/11/2023

The Court warns Plaintiffs that failure to meet these deadlines may lead to dismissal of this matter without prejudice for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

The clerk is ordered to provide copies of this order to Plaintiffs and all counsel.

Filed December 14, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnachuk
Deputy Clerk