UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TROY TICEY and CYNTHIA TICEY,

Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION and DOES 1-30,

Defendants.

CASE NO. C22-1110 MJP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Defendant FDIC's Motion to Extend Time to Respond to Complaint. (Dkt. No. 12.) Having considered the Motion, the Response (Dkt. No. 13), the Reply (Dkt. No. 15), the Surreply (Dkt. No. 16), and all supporting papers, the Court GRANTS the Motion. Defendant FDIC has demonstrated good cause to extend the deadline to respond pursuant to Fed. R. Civ. P. 6(b)(1), and the Court does not find any undue delay or prejudice to Plaintiffs. The FDIC may have an additional 14 days from the date of this Order to respond to the complaint.

\\

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated December 30, 2022.

Marsha J. Pechman
United States Senior District Judge