UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY TICEY and CYNTHIA TICEY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION and DOES 1-30,<br><br>Defendants. | CASE NO. C22-1110 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

This matter comes before the Court on Plaintiffs' Response to Minute Order of 12/14/2022. (Dkt. No. 17.) Having reviewed the Response and noted the extension granted to Defendant FDIC to file a response to the complaint, the Court hereby extends the initial deadlines as follows:

    Deadline for FRCP 26(f) Conference:                      2/10/2023

Initial Disclosures Pursuant to FRCP 26(a)(1): 2/18/2023

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 2/24/2023

The Court warns Plaintiffs that failure to meet these deadlines may lead to dismissal of this matter without prejudice for failure to prosecute in accordance with Federal Rule of Civil Procedure 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed January 3, 2023.

                                            Ravi Subramanian
                                            Clerk of Court

                                            s/Serge Bodnarchuk
                                            Deputy Clerk